# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1244

_____

United States of America,              *
                                   *

       Appellee,               *   Appeal from the United States

                                   *   District Court for the

   v.                        *   Western District of Missouri.

                                   *

Jeffrey S. Sauerbry,          *   [UNPUBLISHED]

                                   *

       Appellant.             *

_____

Submitted: October 27, 2006
Filed: October 31, 2006

_____

Before MURPHY, BYE, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Jeffrey Sauerbry appeals the 12-month prison sentence that the district court[1] imposed after revoking his supervised release. For reversal, Sauerbry argues the sentence was unreasonable because the court failed to consider the factors listed in 18 U.S.C. § 3553(a).

We conclude that the record reflects the district court considered the appropriate factors, and that the revocation sentence was not unreasonable. See United States v.

_____

[1]The Honorable Fernando J. Gaitan, Jr, United States District Judge for the Western District of Missouri.

Nelson, 453 F.3d 1004, 1006 (8th Cir. 2006) (district court must consider advisory sentencing range and policy statements found in Guidelines Chapter 7, and must also consider § 3553(a) factors); United States v. Larison, 432 F.3d 921, 923 (8th Cir. 2006) (district court need not mechanically list every § 3553(a) consideration when sentencing defendant upon revocation of supervised release); United States v. Tyson, 413 F.3d 824, 825 (8th Cir. 2005) (per curiam) (revocation sentences are reviewed for unreasonableness in accordance with United States v. Booker, 543 U.S. 220 (2005)); United States v. White Face, 383 F.3d 733, 740 (8th Cir. 2004) (all that is required in revocation sentencing is evidence that court has considered relevant matters and that some reason be stated for its decision).

Accordingly, we affirm.

_____